

# United States District Court
# Eastern District of California

| PHI Health, LLC | Case Number: 2:24-CV-02888-JDP |
|---|---|

Plaintiff(s)

V.

| Adventist Health Plan, Inc., et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Scarlett Collings hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

PHI Health, LLC

On 11/07/1997 (date), I was admitted to practice and presently in good standing in the Texas Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/24/2024     Signature of Applicant: /s/ Scarlett Colllings

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Scarlett Collings |
| Law Firm Name: | Susman Godfrey L.L.P. |
| Address: | 1000 Louisiana Street |
| | Suite 5100 |
| City: | Houston   State: TX   Zip: 77001 |
| Phone Number w/Area Code: | (713) 651-9366 |
| City and State of Residence: | Houston, TX 77005 |
| Primary E-mail Address: | scollings@susmangodfrey.com |
| Secondary E-mail Address: | jingram@susmangodfrey.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Daniel Garcia |
| Law Firm Name: | Susman Godfrey L.L.P. |
| Address: | 1900 Avenue of the Stars |
| | Suite 1400 |
| City: | Los Angeles   State: CA   Zip: 90067 |
| Phone Number w/Area Code: | (310) 789-3100   Bar #: 214087 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 1, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE